UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY DISTRICT ATTORNEY,<br><br>　　　　　　Defendant. | Case No.: 1:18-cv-01307-DAD-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE **WITHIN 45 DAYS** |

　　　　Plaintiff Darney Ray White is a Fresno County Jail detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on September 24, 2018. (Doc. No. 1.)

　　　　Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk of the Court shall send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

　　　　2.　　Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the

1

alternative, pay the $400.00 filing fee for this action; and

       3.    <u>No requests for an extension of time will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

    Dated:   **November 20, 2018**              /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE